UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DOLLY BELLE, | Case No. 2:19-cv-00077-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

This case was referred to the *Pro Bono* Program ("Program") adopted in General Order 2017-07 for appointment of *pro bono* counsel. On September 14, 2020, Elizabeth Aronson was appointed *pro bono* counsel for Plaintiff Dolly Belle. However, as of the date of this Order, Plaintiff has not filed a Complaint. The Complaint is the initiating document and must be filed in order to prompt the Social Security Administration to file an answer and the administrative records.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff must file her complaint within **fourteen 14 days** of the date of this Order.

IT IS FURTHER ORDERED that failure to comply with the terms of this Order will result in an Order to Show Cause why this case should not be dismissed for lack of prosecution.

DATED this 17th day of November, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE