UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DOLLY BELLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:19-cv-00077-JAD-EJY<br><br>**ORDER** |

Before the Court is Plaintiff Dolly Belle's First Amended Complaint. ECF No. 16. Plaintiff challenges the Social Security Administration's denial of Social Security Disability Insurance benefits for her child. *Id*. at 2. Defendant has not been served in this matter and opposing counsel has not appeared, so electronic service is ineffective.

Accordingly,

IT IS HEREBY ORDERED that the Clerk of the Court **shall** serve the Commissioner of the Social Security Administration by sending a copy of the Summons and Plaintiff's First Amended Complaint by certified mail to: (1) Office of the Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear Street, Suite 800, San Francisco, CA 94105, and (2) the Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington DC 20530.

IT IS FURTHER ORDERED that the Clerk of the Court **shall** issue Summons to the United States Attorney for the District of Nevada, and deliver the Summons and Plaintiff's First Amended Complaint to the U.S. Marshal for service.

IT IS FURTHER ORDERED that Defendant **shall** have **sixty (60) days** from the date of service to file his answer or responsive pleading to Plaintiff's First Amended Complaint in this case.

IT IS FURTHER ORDERED that, henceforth, Plaintiff **shall** serve upon Defendant a copy of every pleading, motion, or other document submitted for consideration by the Court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and

1  correct copy of the document was mailed to Defendant. The Court may disregard any paper received
2  by a district judge, magistrate judge, or the Clerk of the Court which fails to include a certificate of
3  service.
4      DATED this 19th day of November, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE