UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DOLLY BELLE,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:19-cv-00077-JAD-EJY<br><br>**ORDER** |

On January 29, 2021, the Court entered an Order granting the Commissioner of Social Security through and including March 30, 2021 to file the Certified Administrative Record ("CAR") and an answer to Plaintiff's Complaint. ECF No. 24. As of today's date, neither has been filed. Moreover, the Commissioner has neither explained the reason for this failure nor sought an extension.

Accordingly,

IT IS HEREBY ORDERED that the Commissioner of Social Security **shall** file a status report regarding the availability of the CAR and when he will file an answer to Plaintiff's Complaint within **three Court days of the date of this Order**. Failure to comply with this Order may result in an order to show cause why sanctions against the Commissioner should not issue.

DATED this 19th day of April, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1