CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

S. Wyeth McAdam, CSBN 223876
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 268-5610
Facsimile: (415) 744-0134
E-Mail: wyeth.mcadam@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**(Las Vegas Division)**

| | |
|---|---|
| Dolly Belle, on behalf of J.S., a minor<br><br>    Plaintiff,<br><br>    v.<br><br>Kilolo Kijakazi,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | Case No.: 2:19-cv-00077-JAD-EJY<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

   Defendant, the Commissioner of Social Security (the "Commissioner"), through the undersigned counsel, hereby requests an extension of time to file his Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal and/or Remand in this case. In support of this request, the Commissioner respectfully states as follows:

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1. The undersigned attorney has 16 briefs due in district court cases over the next month, as well as other workload demands.

7. Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of August 23, 2021. Therefore, Defendant seeks an extension of 60 days, until October 22, 2021, to respond to Plaintiff's motion.

8. This request is made in good faith and is not intended to delay the proceedings in this matter.

9. Counsel for Defendant conferred with Plaintiff's counsel, who graciously does not oppose this motion.

WHEREFORE, Defendant requests until October 22, 2021, to respond to Plaintiff's Motion for Reversal and/or Remand.

Dated: August 20, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ S. Wyeth McAdam*
　　　　　　　　　　　　　　　　　　　　S. Wyeth McAdam
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney


IT IS SO ORDERED:

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: August 20, 2021

2