UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Dolly Belle, on behalf of J.S., a minor,

Plaintiff

v.

Andrew Saul, Commissioner of Social Security,

Defendant

Case No.: 2:19-cv-0077-JAD-EJY

**Order Adopting Report & Recommendation**

[ECF Nos. 38, 44, 45]

    Dolly Belle filed this action for review of an Administrative Law Judge's disability determination on behalf of her minor child, J.S. The magistrate judge considered her unopposed Motion to Reverse or, in the Alternative, Remand[1] and recommends that it be granted in part and denied in part. She further recommends that this case be remanded to the Commissioner of Social Security for additional proceedings consistent with sentence four of 42 U.S.C. § 405(g).[2] The deadline for any party to object to that recommendation was November 19, 2021, and no party objected or moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Amended Report and Recommendation **[ECF No. 45] is ADOPTED** in its entirety, and the original R&R **[ECF No. 44] is rejected as moot.** Plaintiff's Motion to Reverse or, in the alternative, Remand

---

[1] ECF No. 38.

[2] ECF No. 45.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

**[ECF No. 38] is GRANTED in part and DENIED in part** as stated in the Amended R&R [ECF No. 45], and **this matter is REMANDED** to the Commissioner of Social Security for additional proceedings consistent with the Amended R&R [ECF No. 45].

 The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

                 _____
                 U.S. District Judge Jennifer A. Dorsey
                 Dated: November 24, 2021